```
 1  EUGENE G. IREDALE: SBN 75292
 2  JULIA YOO: SBN 231163
    GRACE JUN: SBN 287973
 3  SARAH MUSUMECI: SBN: 328306
 4  IREDALE & YOO, APC
    105 West F Street, Fourth Floor
 5  San Diego, CA 92101-6036
 6  TEL: (619) 233-1525
    FAX: (619) 233-3221
 7  Attorneys for Plaintiffs
 8
 9              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF CALIFORNIA
10
11  THE ESTATE OF JOSE              CASE NO. 21-cv-01292-H-BGS
    ALFREDO CASTRO GUTIERREZ
12  by and through its successor-in- PLAINTIFFS' NOTICE OF
13  interest ANA CLARETH OJEDA      ACCEPTANCE OF DEFENDANTS'
    BENITEZ, G.D. and A.C., minors  RULE 68 OFFER OF JUDGMENT
14  through their guardian ad litem
15  ANA CLARETH OJEDA
    BENITEZ, and ANA CLARETH
16  OJEDA BENITEZ as an individual,
17
18              Plaintiffs,
19  v.
20
21  ISAI CASTILLO in his individual
    capacity, MATTHEW
22  KOBYLARZ, in his individual
23  capacity, TRAVIS EASTER, in his
    individual capacity, DAVID
24  NISLEIT, in his individual capacity,
25  and CITY OF SAN DIEGO
26
                Defendants.
27
28
```

1  TO DEFENDANTS AND THEIR RESPECTIVE COUNSEL OF
2  RECORD:
3  PLEASE TAKE NOTICE THAT Plaintiffs, the Estate of Jose Alfredo
4  Castro Gutierrez, by and through its successor-in-interest Ana Clareth Ojeda
5  Benitez, G.D. and A.C., through their guardian ad litem Ana Clareth Ojeda
6  Benitez, Gael Gabino Diaz (now nineteen years of age) and Ana Clareth Ojeda
7  Benitez as an individual, by and through their attorneys of record, Iredale & Yoo,
8  APC., accept Defendants' Fed. R. Civ. P. 68 Offer of Judgment dated October 23,
9  2023. A true and correct copy of Defendants' Rule 68 Offer of Judgment is
10 attached hereto as Exhibit A.

Dated: November 2, 2023

_____
Plaintiff The Estate of Jose Alfredo Castro
Gutierrez, by and through its successor-in-
interest, Ana Clareth Ojeda Benitez

Dated: November 2, 2023

_____
Plaintiff Ana Clareth Ojeda Benitez,
individually

Dated: November 2, 2023

_____
Plaintiff A.C., by and through guardian ad
litem, Ana Clareth Ojeda Benitez

Dated: November 2, 2023

_____
Plaintiff G.D., by and through guardian ad
litem, Ana Clareth Ojeda Benitez

- 1

Dated: November 2, 2023

_____
Plaintiff Gael Gabino Diaz

Dated: November 2, 2023

**IREDALE AND YOO, APC**

s/ *Julia Yoo*
EUGENE IREDALE
JULIA YOO
GRACE JUN
SARAH MUSUMECI

Attorneys for Plaintiffs

Exhibit A

MARA W. ELLIOTT, City Attorney
M. TRAVIS PHELPS, Assistant City Attorney
STACY J. PLOTKIN-WOLFF, Senior Chief Deputy City Attorney
   California State Bar No. 174793
BLAIR B. MCGREGOR, Deputy City Attorney
   California State Bar No. 276965
     Office of the City Attorney
     1200 Third Avenue, Suite 1100
     San Diego, California 92101-4100
     Telephone:  (619) 533-5800
     Facsimile:   (619) 533-5856

Attorneys for Defendants
ISAI CASTILLO, MATTHEW KOBYLARZ, TRAVIS EASTER, DAVID NISLEIT, AND THE CITY OF SAN DIEGO

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOSE ALFREDO CASTRO GUTIERREZ, by and through its successor-in-interest ANA CLARETH OJEDA BENITEZ; G.D. and A.C., minors, through their guardian ad litem ANA CLARETH OJEDA BENITEZ; and ANA CLARETH OJEDA BENITEZ, as an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>ISAI CASTILLO, in his individual capacity; MATTHEW KOBYLARZ, in his individual capacity; TRAVIS EASTER, in his individual capacity; DAVID NISLEIT, in his individual capacity; CITY OF SAN DIEGO,<br><br>        Defendants. | Case No.  21-cv-01292-H-BGS<br><br>**OFFER OF JUDGMENT [FRCP 68]** |

    **TO:**   Plaintiffs Estate of Jose Alfredo Castro Gutierrez, Ana Clareth Ojeda Benitez; Gael Diaz; and A.C., a minor, and Plaintiffs' attorney of record:

    Defendant, City of San Diego, makes the following offer under Federal Rules of Civil Procedure, Rule 68:

|   |   |
|---|---|
| 1 | Judgment will be taken against Defendant City of San Diego only in favor of Plaintiffs Estate of Jose Alfredo Castro Gutierrez, Ana Clareth Ojeda Benitez; Gael Diaz; and A.C., a minor, in the sum of Seven Hundred and Fifty Thousand Dollars and No Cents ($750,000.00) inclusive of interest, costs and attorney fees accrued to date, allowed by law. |

Judgment will be taken against Defendant City of San Diego only in favor of Plaintiffs Estate of Jose Alfredo Castro Gutierrez, Ana Clareth Ojeda Benitez; Gael Diaz; and A.C., a minor, in the sum of Seven Hundred and Fifty Thousand Dollars and No Cents ($750,000.00) inclusive of interest, costs and attorney fees accrued to date, allowed by law.

To accept this offer, Plaintiffs must serve written notice accepting the offer within 14 days after being served. This offer and proof of acceptance may be filed with the Court.

If Plaintiffs do not accept this offer and gives notice of acceptance within 14 days after its service or prior to trial, whichever occurs first, this offer shall be automatically withdrawn.

**PLEASE TAKE NOTICE** that, under Federal Rule of Civil Procedure 68(d), if Plaintiffs do not accept this offer and fails to obtain a judgment that is more favorable than this offer, then Plaintiffs will be required to pay the costs incurred after the date of this offer.

Dated: October 23, 2023         MARA W. ELLIOTT, City Attorney

By   /s/ Stacy J. Plotkin-Wolff
    Stacy J. Plotkin-Wolff
    Senior Chief Deputy City Attorney

    Blair B. McGregor
    Deputy City Attorney

Attorneys for Defendants
ISAI CASTILLO, MATTHEW KOBYLARZ, TRAVIS EASTER, DAVID NISLEIT, AND THE CITY OF SAN DIEGO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JOSE ALFREDO CASTRO GUTIERREZ by and through its successor-in interest ANA CLARETH OJEDA BENITEZ, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ISAI CASTILLO, in his individual capacity; DAVID NISLEIT, in his individual capacity; CITY OF SAN DIEGO; Does 1-25,<br><br>Defendants.<br>_____ | Case No.: 21-cv-01292-H-BGS<br><br>**DECLARATION OF SERVICE**<br><br>Judge: Hon. Marilyn L Huff<br>Ctrm: 15A (Carter/Keep)<br>Trial: Not Set<br><br>Mag. Judge: Hon. Bernard G. Skomal<br>Ctrm: 3D (Carter/Keep) |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that on October 23, 2023, I served the below-named person the following documents:

**OFFER OF JUDGMENT [FRCP 68]**

in the following manner: (check one)

1)     By personally delivering copies to the person served.

2) **X**  By electronically serving the individual(s) named below.

| | |
|---|---|
| Eugene G. Iredale<br>Iredale & Yoo, APC<br>105 West F Street, 4th Floor<br>San Diego, CA 92101-6036<br>Phone: (619)233-1525<br>Fax: (619)233-3221<br>Email: egiredale@iredalelaw.com;<br>jyoo@iredalelaw.com;<br>gjun@iredalelaw.com and<br>admin@iredalelaw.com | Attorney for Plaintiffs<br><br>THE ESTATE OF JOSE ALFREDO CASTRO GUTIERREZ by and through its successor-in interest ANA CLARETH OJEDA BENITEZ, et al. |

Executed October 23, 2023, at San Diego, California.

                                                  */s/ Jennifer Husar*
                                    Jennifer Husar, Legal Secretary