# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JOSE ALFREDO CASTRO GUTIERREZ by and through its successor-in-interest ANA CLARETH OJEDA BENITEZ, G.D. and A.C., minors through their guardian *ad litem* ANA CLARETH OJEDA BENITEZ, and ANA CLARETH OJEDA BENITEZ as an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ISAI CASTILLO in his individual capacity, MATTHEW KOBYLARZ, in his individual capacity, TRAVIS EASTER, in his individual capacity, DAVID NISLEIT, in his individual capacity, and CITY OF SAN DIEGO,<br><br>Defendants. | Case No.: 3:21-cv-01292-H-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 116.] |

On March 27, 2024, the parties filed the present joint motion to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. No. 116.) For good cause shown, the Court grants the joint motion and dismisses the action with

prejudice, each side to bear its own attorneys' fees and costs.  The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED:  March 28, 2024

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT